IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | | |
|---|---|---|---|
| In re: | Patrick Ellis Scarborough | ) | Case No.: 19-83381-CRJ-7 |
| | SSN: xxx-xx-8151 | ) | |
| | | ) | |
| | Jamie Boyd Scarborough | ) | |
| | SSN: xxx-xx-2234 | ) | |
| | | ) | |
| | Debtors. | ) | Chapter 7 |

## STATUS REPORT

COMES NOW the Trustee, Tazewell T. Shepard, and notifies the Court of the status of his liquidation of assets and distribution in the above-styled Chapter 7 case. The Trustee is still investigating the value of Debtors' potential equity in real estate. At this time, the Trustee anticipates that there will be sufficient equity for a sale to generate funds for the Estate. The Trustee will advise the court on the status of this case in the next 90 days.

Respectfully submitted this the 10th day of April, 2020.

/s/ Tazewell T. Shepard
Tazewell T. Shepard
*Trustee in Bankruptcy*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, Alabama 35804
Tel: (256) 512-9924
Fax: (256) 512-9837

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing document upon Richard M. Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602, by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage prepaid this the 10th day of April, 2020.

/s/ Tazewell T. Shepard
Tazewell T. Shepard