```
                        United States Bankruptcy Court
                         Northern District of Alabama
```

In re:                                                          Case No. 19-83381-CRJ
Patrick Ellis Scarborough                                       Chapter 7
Jamie Boyd Scarborough
         Debtors
                           **CERTIFICATE OF NOTICE**

District/off: 1126-8          User: admin              Page 1 of 1           Date Rcvd: Apr 20, 2020
                              Form ID: pdfsty          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
db/jdb         +Patrick Ellis Scarborough,    Jamie Boyd Scarborough,    706 Ambrose Drive,
                 Madison, AL 35758-1106
10285604       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   US Bank Visa,    PO Box 790408,    Saint Louis, MO 63179-0408)
10285586       +US Bank Home Mortgage,    PO Box 21948,   Saint Paul, MN 55121-0948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: bnc_notices_northern@alnba.uscourts.gov Apr 21 2020 03:51:18     Richard Blythe,
                 BA Decatur,   P O Box 3045,   Decatur, AL 35602-3045
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Legacy Community Federal Credit Union f.k.a. Unive,    c/o Ryan Morgan,    PO Box 653,
                 Birmingham
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                           Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
              Deborah Lynn Long    on behalf of Joint Debtor Jamie Boyd Scarborough debbielongathens@yahoo.com,
               r43493@notify.bestcase.com;shannon@debbielonglaw.com
              Deborah Lynn Long    on behalf of Debtor Patrick Ellis Scarborough debbielongathens@yahoo.com,
               r43493@notify.bestcase.com;shannon@debbielonglaw.com
              Jackson E Duncan, III    on behalf of Creditor    U.S. Bank National Association
               jackson.duncan@mccalla.com,    mccallaecf@ecf.courtdrive.com
              Ryan   Morgan    on behalf of Creditor    Legacy Community Federal Credit Union f.k.a. University
               FCU rmorgan@trimmier.com
              Tazewell   Shepard    tshepard@ecf.axosfs.com,   janelle@ssmattorneys.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | |
| Patrick Ellis Scarborough | } | Case No. 19-83381-CRJ-7 |
| SSN: XXX-XX-8151 | } | |
| Jamie Boyd Scarborough | } | Chapter 7 |
| SSN: XXX-XX-2234 | } | |
| Debtor(s) | } | |

ORDER APPROVING MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter came before the Court with Notice and Opportunity for Hearing on the following:

Motion filed by creditor, U.S. Bank National Association, for Relief from Automatic Stay on real property as described in the Motion.

The Court, having considered the Motion and no responses having been filed, finds that good cause exists to lift the stay. It is therefore ORDERED, ADJUDGED and DECREED that:

The Motion filed by creditor, U.S. Bank National Association, for Relief from Automatic Stay is hereby APPROVED.

Dated this the 20th day of April, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge